UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE

      GRETA V. NOBLE,
      AKA GRETA NOBLE,

      DEBTOR.

CHAPTER 7

CASE NO. 8-17-77059-ast

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**ON** April 12, 2018 the Motion (the "Motion") of Wells Fargo Bank, N.A. as Servicing Agent for Wells Fargo USA Holdings, Inc., ("Movant") dated January 23, 2018, came before the Court, for relief from the automatic stay with respect to the collateral known as 22 Milano Avenue, Central Islip, NY 11722. This Court, having considered the evidence presented and the argument of the parties, and with good cause appearing therefore, it is hereby

**ORDERED,** that the automatic stay, effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all actions under applicable state law to exercise its remedies against the premises known as 22 Milano Avenue, Central Islip, NY 11722, and it is further

**ORDERED,** that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within (30) days of the report [if applicable], and shall be noticed with an surplus monies realized from the sale of the Collateral, and it is further

**ORDERED**, that all other relief sought in the Motion is denied



**Dated: May 2, 2018**
    **Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**